# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA <br><br> v. <br><br> RICHARD CHASE HOOVER | CRIMINAL ACTION <br><br> NO. 18-249-1 |
|---|---|

## ORDER RE: MOTION TO SUPPRESS

AND NOW, this 6th day of August, 2019, upon consideration of Defendant Hoover's Amended Motion to Suppress (ECF 287), the Government's response thereto (ECF 303), and Defendant's Reply (ECF 315), and an evidentiary hearing held on June 10, 2019, and as laid out in the accompanying memorandum, it is HEREBY ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

*/s/ Michael M. Baylson*

_____
Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\18cr249 US v West et al\18cv249 Hoover Suppression Order.docx