IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Date of |
| | : Notice:  May 22, 2020 |
| vs. | : |
| RICHARD CHASE HOOVER  #69783-066 | : CRIMINAL NO.:  18-249-1 |
| FDC – Phila. | |
| P.O. Box 562 | |
| Phila., PA  19105 | |

**SENTENCING NOTICE**
**(Continued from 06/04/20)**

      **TAKE NOTICE** that the above-entitled case has been set for **SENTENCING**, in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **July 28, 2020 at 10:00 AM,** before the Honorable Michael M. Baylson.  **Courtroom 3A.**

      All defendants are directed to report to the courtroom on the date and time stated above. If a defendant fails to appear as directed, the bail may be forfeited and a bench warrant issued.

      If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

      Federal Rule of Criminal Procedure 32(b) and Local Rule of Criminal Procedure 32.3 shall govern the preparation of presentence reports.  **Counsel may file a Sentencing Memoranda NO LATER THAN 24 HOURS PRIOR to the date of the Sentencing Hearing and shall serve a copy to Chambers, via the Clerk's Office and to the probation officer when the original is filed.**

      **All Motions/Requests for a continuance of sentencing may be submitted by letter. Please advise deputy of any testimony/witnesses at sentencing.**

      Very truly yours,

      _____/s/_____
      Janice A. Lutz
      Criminal/Courtroom Deputy to the
      Honorable Michael M. Baylson
      267-299-7291

```
Notice to: Defendant (via defense counsel)
           Caroline Cinquanto, Defense Counsel (Email)
           Everett Witherell, AUSA (Email)
           Timothy Stengel, AUSA (Email)
           U.S. Marshal (Email)
           Sara Donson, Probation(Email)
           Pretrial Services (Email)
           Crystal Wardlaw (Email)
```

[] INTERPRETER REQUIRED

O:\Janice\SENTENCING.NOTICES\18\18-249-1.doc